# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 8, 2019

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

157518(49)

JEREMY DROUILLARD,
      Plaintiff-Appellant,

v

AMERICAN ALTERNATIVE INSURANCE
CORPORATION,
      Defendant-Appellee.

SC: 157518
COA: 334977
St. Clair CC: 2015-002282-NI

_____/

On order of the Chief Justice, the motion of plaintiff-appellant to extend the time for filing his supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before January 11, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 8, 2019



Clerk